ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

JAN 1 0 2000

NANCY DOHERTY, CLERK
BY _____
        Deputy

ENTERED ON DOCKET

JAN 1 1 2000

U.S DISTRICT CLERK'S OFFICE

| | |
|---|---|
| ROGER L. BURNS, | § |
| PLAINTIFF | § |
| v. | §   CA 3:94-CV-2770-R |
| CITY OF DALLAS, et al. | § |
| DEFENDANTS | § |

## AGREED JUDGMENT

Prior to the trial of this above-entitled and numbered case, and in accordance with Rule 68 of the Federal Rules of Civil Procedure, the City of Dallas and Aquila Allen, Defendants herein, submitted an Offer of Judgment and Roger Burns, Plaintiff herein, accepted such Offer of Judgment.

It is therefore Ordered and Adjudged

1. That the City of Dallas and Aquila Allen pay the sum of $15,000 to the Plaintiff, Roger L. Burns, within 30 days of the entry of this Judgment for all claims made by the Plaintiff against the Defendants in this lawsuit;

2. That the City of Dallas within 30 days of the entry of this Judgment forgive in full the debt for demolition costs, fees, and interest accruing which it has asserted that plaintiff owes the City of Dallas and remove from the deed records of Dallas County the privileged lien for the costs of demolition, related fees, and interest accruing, filed against the property located at 2015 Hudspeth Avenue in Dallas, Texas; and

JUDGMENT - PAGE 1

78

3. That the City of Dallas and Aquila Allen pay the costs of this lawsuit including reasonable attorney's fees which if not agreed to by the parties will be determined by the Court.

Signed this _10_ day of January, 2000.

*Jerry Buchmeyer*
JERRY BUCHMEYER, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Agreed to in form and substance:

Michael M. Daniel, P.C
Attorney at Law
3301 Elm Street
Dallas, Texas 75226
Attorney for Plaintiff

Walter C. Davis, III
Assistant City Attorney
7BN
1500 Marilla Street
Dallas, Texas 75201
Attorney for Defendants

JUDGMENT - PAGE 2

3.  That the City of Dallas and Aquila Allen pay the costs of this lawsuit including reasonable attorney's fees which if not agreed to by the parties will be determined by the Court.

Signed this _____ day of January, 2000.

_____
JERRY BUCHMEYER, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Agreed to in form and substance:

_____
Michael M. Daniel, P.C
Attorney at Law
3301 Elm Street
Dallas, Texas 75226
Attorney for Plaintiff

_____
Walter C. Davis, III
Assistant City Attorney
7BN
1500 Marilla Street
Dallas, Texas 75201
Attorney for Defendants

JUDGMENT - PAGE 2