IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Roger L. Burns, | * | |
| plaintiff | * | |
| | * | |
| v. | * | No. 3:94-CV-2770-R |
| | * | |
| City of Dallas, | * | |
| defendant | * | |
| | * | |

ORDER GRANTING
PLAINTIFF'S MOTION FOR ATTORNEY' FEES

Plaintiff's motion for an order awarding plaintiff's counsel $25,550.25 in attorneys' fees for the successful litigation in this case is granted. The fees are authorized by 42 U.S.C. § 1988. The rates and hours for which compensation is sought are reasonable. The motion has not been contested by the City.

The City of Dallas is ordered to pay Michael M. Daniel, P.C. $25,550.25 within 30 days of the date of this order.

_2/28/00_
Date

_(signature)_
United States District Judge